1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
   Amanda Seabock, SBN 289900
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385
5  (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  EDWARD A. KRAUS (SBN: 162043)
   eak@svlg.com
8  KATHRYN E. BARRETT (SBN: 162100)
   keb@svlg.com
9  SILICON VALLEY LAW GROUP
10 1 North Market Street, Suite 200
   San Jose, CA 95113
11 Telephone: (408) 573-5700
   Facsimile: (408) 573-5701
12 Attorneys for Defendants Emerson
   University Investments, L.P., Rahim
13 Amidhozour and Lucky Beans, Inc.
   erroneously sued as LQ Investment LLC
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>EMERSON UNIVERSITY INVESTMENTS, L.P., a California Limited Partnership; RAHIM AMIDHOZOUR; LQ INVESTMENT LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 5:21-CV-03324-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 26, 2021           CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
  Amanda Seabock
  Attorneys for Plaintiff

Dated: July 26, 2021           SILICON VALLEY LAW GROUP

By: /s/Edward A. Kraus
  Edward A. Kraus
  Attorneys for Defendants Emerson University Investments, L.P., Rahim Amidhozour and Lucky Beans, Inc. erroneously sued as LQ Investment LLC

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Edward A. Kraus, counsel for Emerson University Investments, L.P., Rahim Amidhozour and Lucky Beans, Inc. erroneously sued as LQ Investment LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 26, 2021                CENTER FOR DISABILITY ACCESS

                                          /s/Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff